No. 132, Misc. ALLEN *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 134, Misc. WHITWORTH *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 136, Misc. DURHAM *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 138, Misc. SUMMERS *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 139, Misc. McKENNA *v.* MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 143, Misc. BALES *v.* HAYES. C. A. 9th Cir. Certiorari denied.

No. 144, Misc. HARRIS *v.* MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 145, Misc. WOODY *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 146, Misc. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 149, Misc. THOMPSON *v.* HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 150, Misc. CARTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.